THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAN JUAN LUMBER BROKERS MEXICO S.A. de C.V., a Mexican corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID LEE MAXEY and BARBARA MAXEY, husband and wife, d/b/a SAN JUAN HARDWOODS,<br><br>　　　　　　　Defendants.<br><br>DAVID LEE MAXEY and BARBARA MAXEY, husband and wife, d/b/a SAN JUAN HARDWOOD,<br><br>　　　　　　Third Party Plaintiffs,<br><br>　v.<br><br>DANIEL TENA, a citizen of Mexico,<br><br>　　　　　Third Party Defendant. | No. C05-5529JKA<br><br>**JOINT MOTION, STIPULATION, AND ORDER CONTINUING TRIAL DATE** |

JOINT MOTION, STIPULATION, AND ORDER
CONTINUING TRIAL DATE - 1

Case No. C05-5529JKA
121360.0001/1342224.1

## I. JOINT MOTION AND STIPULATION

The parties jointly move and stipulate to continuance of the trial date in this matter from January 22, 2007 to April 2, 2007. Counsel for defendant/counterclaimant is lead counsel in another matter scheduled for trial in the United States District Court for the Western District of Washington, before Judge Marsha Pechman (C05-0775MJP). In addition, plaintiff, a resident of Mexico, is unable to travel to Seattle for deposition until late January. The parties anticipate that this case will be ready for trial by April 2007, and respectfully request that the Court continue trial to April 2, 2007, and issue an Amended Order Setting Trial and Related Dates.

DATED: November 28, 2006.

LANE POWELL PC


By_____
    Brian J. Meenaghan, WSBA No. 28264
Attorneys for Defendants/Counterclaimants/
Third-Party Plaintiffs David Lee Maxey and
Barbara Maxey, d/b/a San Juan Hardwoods


SALAZAR LAW OFFICES


By_____
    Antonio Salazar, WSBA No. 6273
Attorneys for Plaintiff/Counterdefendants San
Juan Mexico Lumber Brokers, S.A. de C.V. and
Daniel Tena

JOINT MOTION, STIPULATION, AND ORDER
CONTINUING TRIAL DATE - 2

Case No. C05-5529JKA
121360.0001/1342224.1

**LANE POWELL PC**
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
(206) 223-7000

## II. ORDER

The trial of this matter is continued to **May 14, 2007.** The judicial assistant of this Court shall issue an Amended Order Setting Trial and Related Dates reflecting the new trial date of May 14, 2007.

DATED this 29th day of November, 2006.

>    */s/ J. Kelley Arnold*
> The Honorable J. Kelley Arnold
> United States Magistrate Judge

LANE POWELL PC


By_____
    Brian J. Meenaghan, WSBA No. 28264
Attorneys for Defendants/Counterclaimants/
Third-Party Plaintiffs David Lee Maxey and
Barbara Maxey, d/b/a San Juan Hardwoods


SALAZAR LAW OFFICES


By_____
    Antonio Salazar, WSBA No. 6273
Attorneys for Plaintiff/Counterdefendants
San Juan Mexico Lumber Brokers,
S.A. de C.V. and Daniel Tena

JOINT MOTION, STIPULATION, AND ORDER
CONTINUING TRIAL DATE - 3

Case No. C05-5529JKA
121360.0001/1342224.1

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 27th day of November, 2006, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Antonio Salazar
Salazar Law Offices
810 Third Avenue, Suite 308
Seattle, WA  98104

Executed on 27th day of November, 2006, at Seattle, Washington.

s/ Brian J. Meenaghan

JOINT MOTION, STIPULATION, AND ORDER
CONTINUING TRIAL DATE - 4

Case No. C05-5529JKA
121360.0001/1342224.1

**LANE POWELL PC**
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
(206) 223-7000