Salazar Law Office
Antonio Salazar
810 Third Avenue, Suite 308
Seattle, WA 98104
Telephone: (206) 624-6414
Fax: (206) 622-5121

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAN JUAN LUMBER BROKERS MEXICO S.A. de C.V., a Mexican corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LEE MAXEY and BARBARA MAXEY, husband and wife, d/b/a/ SAN JUAN HARDWOODS,<br><br>Defendants, | NO. C05-5529JKA<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>(Clerk Action Required) |
| DAVID LEE MAXEY and BARBARA MAXEY, husband and wife, d/b/a/ SAN JUAN HARDWOOD,<br><br>Third-Party-Plaintiffs,<br><br>vs.<br><br>DANIEL TENA, a citizen of Mexico,<br><br>Third Party Defendant. | |

STIPULATION

The parties hereto, having settled their claims against each other, hereby agree that all claims, cross-claims, counterclaims, or any other claims can be dismissed, with prejudce, with each party bearing its own costs.

**STIPULATION AND ORDER**   Page 1   SALAZAR LAW OFFICE
810 THIRD AVENUE, SUITE 308
SEATTLE, WA 98104
(206) 624-6414
(206) 622-5121 FAX

It is further agreed that the present trial date can be stricken and this case taken off the court's calendar as the settlement agreement between the parties is all inclusive.

Dated this 28 day of February, 2007

s/Antonio Salaz
Antonio Salazar Law Offices
Attorneys for Plaintiffs and Daniel
Ten, Third Party Defendant

s/Ken Kaplan
Ken Kaplan P.S.
Attorney for Defendants and
Third Party Plaintiffs

ORDER

Based on the Stipulation of the parties hereto, and the court being fully advised, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. All claims in this matter are dismissed, with prejudice, with each party bearing their own costs and fees.

2. The present trial date is stricken.

DATED: March 13, 2007.

/s/ J. Kelley Arnold
U.S. MAGISTRATE JUDGE

Presented by:

_____
ANTONIO SALAZAR, WSBA #6273
Attorney for Plaintiffs and Third
Party Defendant

**STIPULATION AND ORDER**     **Page 2**

**SALAZAR LAW OFFICE**
**810 THIRD AVENUE, SUITE 308**
**SEATTLE, WA 98104**
**(206) 624-6414**
**(206) 622-5121 FAX**